# PD-1474-15

## NO. 01-14-00910-CR

### IN THE COURT OF CRIMINAL APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta, Clerk

### OF THE STATE OF TEXAS

**JOSE RAMOS**, Appellant

VS.

**THE STATE OF TEXAS**, Appellee

## PETITIONER'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta, Clerk

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW JOSE RAMOS, Petitioner, and files this motion for an extension of time in which to file his petition for discretionary review. In support of this motion, Petitioner shows the court the following:

### I

This appeal lies from the Petitioner's conviction in *The State of Texas v. JOSE RAMOS* which was affirmed by the First Court of Appeals in Cause No. 01-14-00910-CR on October 22, 2015. This is Petitioner's first request for an extension to file the petition for discretionary review.

### II

Petitioner is presently incarcerated in TDCJ and received the Court of Appeals

opinion on the 27 day of October, 2015. Petitioner needs additional time to review the Court of Appeals opinion and prepare his petition for discretionary review.

This request is not made for delay but so justice may be done

WHEREFORE, Appellant prays the court grant this motion and extend the deadline for filing the petition for discretionary review.

RESPECTFULLY SUBMITTED,

JOSE RAMOS
TDCJ # 1964386

Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been delivered to the Harris County District Attorney by epositing same in the U.S. Mail on the 9 day of November, 20 15.

I hereby certify that a true and correct copy of the above and foregoing instrument has been delivered to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 by U.S. mail this the 9 day of November, 20 15.

JOSE RAMOS